**Order entered April 19, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00866-CR

**ADRIAN ALEXANDREW CASTILLEJA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F17-76547-H**

## ORDER

We **REINSTATE** this appeal.

We abated because appellant's brief was past due and we had no communication from appellant. On April 8, 2021, the trial court held a hearing and determined appellant desires to prosecute this appeal, has not abandoned the appeal, and appointed counsel has not abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). That same day, the reporter's record from the hearing was filed.

We **ADOPT** these findings and **ORDER** appellant to file his brief by May 24, 2021. If a brief is not filed by that date, the Court may take whatever action it deems appropriate to ensure this appeal proceeds in a more timely fashion.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo, Presiding Judge, Criminal District Court No. 1; to Jeff Buchwald; and to the Dallas County District Attorney's Office, Appellate Division.

/s/     LANA MYERS
JUSTICE